UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED IN COURT
ASHEVILLE, NC

APR 05 2019

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:19cr27 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| 1) LEONARDO CASTILLO BALDERAS ) | |
|     a/k/a "Leo" ) | |
| 2) ERIC CALDERON ) | |
| 3) ADAM LOPEZ ) | |
|     a/k/a "AJ" ) | |
| 4) LINDA MICHELLE PATINO ) | |
| 5) JESSICA LEE PHILLIPS ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 5th day of April, 2019.

_____
HONORABLE W. CARLETON METCALF
U.S. MAGISTRATE COURT JUDGE